**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MADOUSSOU KANE,** an individual;<br><br>Plaintiff,<br><br>vs.<br><br>**SCOTT YANCEY** and **AMIE YANCEY,** husband and wife; **YANCEY, LLC,** a Utah limited liability company; **WASATCH SUMMIT, LLC d/b/a/ REAL ESTATE EDUCATION GROUP,** a Utah limited liability company; **VEIL CORPORATE, LLC,** a Utah limited liability company; **INSIDER'S CASH, LLC,** an Utah limited liability company; **RESPONSE MARKETING GROUP, LLC,** a Utah limited liability company; **SAFEGUARD TAX, LLC,** a Utah limited liability company; **INCOME PROPERTY USA,** a Utah limited liability company;<br><br>Defendants. | Civil Action No. 4:15-CV-01861<br><br>**JUDGE MELINDA HARMON** |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1  and the Order for Conference and Disclosure of Interest Parties (Dkt. No. 2) dated June 30, 2015, Defendants provide the following information as a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Madoussou Kane
2. Scott Yancey;
3. Amie Yancey;
4. Yancey, LLC;

1

5.  Wasatch Summit, L.L.C. dba Real Estate Education Group;

6.  Veil Corporate, LLC;

7.  Insider's Cash, LLC;

8.  Response Marketing Group, LLC;

9.  Safe Guard Tax, LLC; and

10. Income Property USA, LLC.

Dated this 15th day of July 2015.

**Respectfully submitted,**

By: /s/ David Medearis, ESQ.
     David Medearis
     Texas Bar No. 24041465
     Fed I.D. No. 557586
     dmedearis@sjrm.com
     *Attorneys for Defendants*

**SULLINS JOHNSTON ROHRBACH & MAGERS**
2200 Phoenix Tower
3200 Southwest Freeway
Houston, Texas  77027
Telephone:  (713) 499-3104
Facsimile:  (713) 521-3242
dmedearis@sjrm.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of July 2015, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF system for filing to the following ECF Registrants, and to the extent any moving party is not a CM/ECF Registrant at the time of filing this document, a copy is mailed this date by Regular First Class U.S. Mail:

Joseph H. Ward
*Attorney for Plaintiff*
2950 Unity Drive, Ste. 572146
Houston, Texas  77057

/s/ David Medearis, ESQ.
David Medearis

2