United States District Court
Southern District of Texas
**ENTERED**
March 09, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MADOUSSOU KANE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-1861 |
| § | |
| SCOTT YANCEY, *et al*, § | |
| § | |
| Defendants. § | |

### Opinion and Order

Before the court are Defendants' Rule 12(b)(6) Motion to Dismiss (Document No. 14) and Plaintiff's Response in Opposition (Document No. 17). These documents were referred to Judge Stacy, United States Magistrate Judge. Judge Stacy filed a Memorandum and Recommendation on February 16, 2016 (Document No. 29), recommending that Defendants' Motion (Document No. 14) be granted. As described below, the Court will adopt the findings of the Magistrate Judge.

No party has objected to the findings of the Magistrate Judge; therefore the Court will review the Memorandum and Recommendation of the Magistrate Judge under a "clearly erroneous, abuse of discretion and contrary to law" standard. *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). The Court finds that the Magistrate Judge's Memorandum and Recommendation are not clearly erroneous or contrary to law.

Having considered all applicable motions and the evidence in support thereof, the Magistrate Judge's Memorandum and Recommendation, the record of the case, and all applicable law, the Court adopts the Magistrate Judge's Memorandum and Recommendation as its own and

ORDERS that Defendants' Motion to Dismiss (Document No. 14) is GRANTED and ORDERS that Plaintiff's claims are DISMISSED with prejudice.

SIGNED at Houston, Texas, this 9th day of March, 2016.

                                        MELINDA HARMON
                                  UNITED STATES DISTRICT JUDGE